[No. 6745–1.   Division One.   September 10, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
EUGENE LOUX, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 82556, Francis E. Holman, J., entered June 16,
1978. *Affirmed* by unpublished opinion per Swanson,
A.C.J., concurred in by Dore and Ringold, JJ.

[No. 6826–1.   Division One.   September 10, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
ALFRED FORD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85870, Carolyn R. Dimmick, J., entered July
28, 1978. *Affirmed* by unpublished opinion per James, J.,
concurred in by Swanson, A.C.J., and Ringold, J.

[No. 7093–1.   Division One.   September 10, 1979.]

PAT L. KEOGAN, *Appellant,* v. PIERCE
COUNTY, ET AL, *Respondents.*

Opinion withdrawn November 6, 1979.

[No. 7182–1.   Division One.   September 10, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
W. ALLEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 51925, Hardyn B. Soule, J., entered November
28, 1977. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Farris and Williams, JJ.